**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Melissa S Bartell** | Social Security number or ITIN  xxx–xx–0535 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **20–23473–JAD**

# Order of Discharge                                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Melissa S Bartell

9/1/21                                                                         **By the court:**  Jeffery A. Deller
                                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                        **Order of Discharge**                                                  page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 20-23473-JAD
Melissa S Bartell | Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: admin | Page 1 of 4
Date Rcvd: Sep 01, 2021 | Form ID: 318 | Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melissa S Bartell, 208 Railroad Ave Apt B, Apollo, PA 15613-1377 |
| aty | + | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |
| tr | + | Lisa M. Swope, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |
| cr | + | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15328485 | + | ACMH, PO Box 819, Kittanning, PA 16201-0819 |
| 15322883 | ++ | APOLLO TRUST COMPANY, PO BOX 247, APOLLO PA 15613-0247 address filed with court:, Apollo Trust Co, 201 N Warren Ave, Apollo, PA 15613 |
| 15322882 | + | Amex/dsnb, Po Box 8218, Mason, OH 45040-8218 |
| 15322905 | + | Mariner Finance, 1403 Watson Blvd, Warner Robins, GA 31093-3435 |
| 15328510 | + | Payoff, 1700 Flight Way, Tustin, CA 92782-1839 |
| 15322908 | + | Regency Finance Co, 270 Tarentum Bridge Rd, New Kensington, PA 15068-4694 |
| 15328526 | + | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15322922 | + | Us Dept Ed, Po Box 5609, Greenville, TX 75403-5609 |
| 15322923 | + | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Sep 02 2021 07:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 02 2021 03:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Sep 02 2021 07:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 02 2021 03:34:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: RECOVERYCORP.COM | Sep 02 2021 07:28:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15322881 | + | EDI: GMACFS.COM | Sep 02 2021 07:28:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15322887 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 02 2021 03:34:00 | Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15322884 | + | EDI: CAPITALONE.COM | Sep 02 2021 07:28:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15322885 | + | EDI: CITICORP.COM | Sep 02 2021 07:28:00 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |

Case 20-23473-JAD    Doc 23    Filed 09/03/21    Entered 09/04/21 00:34:38    Desc Imaged
                        Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Sep 01, 2021 | Form ID: 318 | Total Noticed: 54 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 15322886 | + | EDI: CITICORP.COM | Sep 02 2021 07:28:00 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15322888 | + | Email/Text: bankruptcy@clearviewfcu.org | Sep 02 2021 03:34:00 | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15322889 | + | EDI: WFNNB.COM | Sep 02 2021 07:28:00 | Comenity Bank/fashbug, Po Box 182789, Columbus, OH 43218-2789 |
| 15322890 | + | EDI: WFNNB.COM | Sep 02 2021 07:28:00 | Comenity Bank/peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 15322891 | + | EDI: WFNNB.COM | Sep 02 2021 07:28:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15322892 | + | EDI: WFNNB.COM | Sep 02 2021 07:28:00 | Comenitybank/wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 15322893 | + | EDI: WFNNB.COM | Sep 02 2021 07:28:00 | Comenitybk/bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 15322894 | + | EDI: WFNNB.COM | Sep 02 2021 07:28:00 | Comenitycapital/biglot, Po Box 182120, Columbus, OH 43218-2120 |
| 15322895 | + | EDI: WFNNB.COM | Sep 02 2021 07:28:00 | Comenitycb/myplacerwds, Po Box 182120, Columbus, OH 43218-2120 |
| 15322904 | + | EDI: CITICORP.COM | Sep 02 2021 07:28:00 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15322897 | + | EDI: DISCOVER.COM | Sep 02 2021 07:28:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15322898 | + | EDI: DISCOVERPL | Sep 02 2021 07:28:00 | Discover Personal Loan, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 15322899 | | Email/Text: bk@freedomfinancialnetwork.com | Sep 02 2021 03:34:00 | Freedom Plus, 1875 South Grant Street, San Mateo, CA 94402 |
| 15322900 | | EDI: JPMORGANCHASE | Sep 02 2021 07:28:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 15322901 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 02 2021 03:34:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15322902 | | Email/Text: ktramble@lendmarkfinancial.com | Sep 02 2021 03:34:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 15322903 | | Email/Text: camanagement@mtb.com | Sep 02 2021 03:34:00 | M&t Bank, Po Box 900, Millsboro, DE 19966 |
| 15322906 | + | Email/Text: bankruptcy@prosper.com | Sep 02 2021 03:34:00 | Prosper Marketplace In, 221 Main Street, San Francisco, CA 94105-1906 |
| 15322907 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 02 2021 03:34:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15322909 | + | EDI: RMSC.COM | Sep 02 2021 07:28:00 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15322910 | + | EDI: RMSC.COM | Sep 02 2021 07:28:00 | Syncb/amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 15322911 | + | EDI: RMSC.COM | Sep 02 2021 07:28:00 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15322912 | + | EDI: RMSC.COM | Sep 02 2021 07:28:00 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15322913 | + | EDI: RMSC.COM | Sep 02 2021 07:28:00 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15322914 | + | EDI: RMSC.COM | Sep 02 2021 07:28:00 | Syncb/mc, Po Box 965005, Orlando, FL 32896-5005 |
| 15322915 | + | EDI: RMSC.COM | Sep 02 2021 07:28:00 | Syncb/old Navy, Po Box 965005, Orlando, FL |

Case 20-23473-JAD    Doc 23    Filed 09/03/21    Entered 09/04/21 00:34:38    Desc Imaged
                          Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 01, 2021 | Form ID: 318 | Total Noticed: 54 |

| Recip ID | Bypass Reason | | Date/Time | Name and Address |
|---|---|---|---|---|
| 15322916 | + EDI: RMSC.COM | | Sep 02 2021 07:28:00 | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 15322917 | + EDI: RMSC.COM | | Sep 02 2021 07:28:00 | Syncb/onav, Po Box 965005, Orlando, FL 32896-5005 |
| 15322918 | + EDI: RMSC.COM | | Sep 02 2021 07:28:00 | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 15322919 | + EDI: RMSC.COM | | Sep 02 2021 07:28:00 | Syncb/sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15322920 | + EDI: RMSC.COM | | Sep 02 2021 07:28:00 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15322921 | + EDI: RMSC.COM | | Sep 02 2021 07:28:00 | Syncb/samsdc, Po Box 965005, Orlando, FL 32896-5005 |
| 15323014 | + EDI: RMSC.COM | | Sep 02 2021 07:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15322924 | + EDI: WFFC.COM | | Sep 02 2021 07:28:00 | Wells Fargo Hm Mortgag, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 43

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| 15322896 | | Discover Bank |
| 15328488 | *P++ | APOLLO TRUST COMPANY, PO BOX 247, APOLLO PA 15613-0247, address filed with court:, Apollo Trust Co, 201 N Warren Ave, Apollo, PA 15613 |
| 15328486 | *+ | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15328487 | *+ | Amex/dsnb, Po Box 8218, Mason, OH 45040-8218 |
| 15328492 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15328489 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15328490 | *+ | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15328491 | *+ | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15328493 | *+ | Clearview Federal Cu, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 15328494 | *+ | Comenity Bank/fashbug, Po Box 182789, Columbus, OH 43218-2789 |
| 15328495 | *+ | Comenity Bank/peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 15328496 | *+ | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 15328497 | *+ | Comenitybank/wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 15328498 | *+ | Comenitybk/bonton, Po Box 182789, Columbus, OH 43218-2789 |
| 15328499 | *+ | Comenitycapital/biglot, Po Box 182120, Columbus, OH 43218-2120 |
| 15328500 | *+ | Comenitycb/myplacerwds, Po Box 182120, Columbus, OH 43218-2120 |
| 15328508 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 15328501 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15328502 | *+ | Discover Personal Loan, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 15328503 | *P++ | FREEDOM FINANCIAL ASSET MANAGEMENT LLC, ATTN BANKRUPTCY DEPARTMENT, PO BOX 2340, PHOENIX AZ 85002-2340, address filed with court:, Freedom Plus, 1875 South Grant Street, San Mateo, CA 94402 |
| 15328504 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 15328505 | *+ | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15328506 | *P++ | LENDMARK FINANCIAL SERVICES, 2118 USHER ST, COVINGTON GA 30014-2434, address filed with court:, Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 15328507 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&t Bank, Po Box 900, Millsboro, DE 19966 |
| 15328509 | *+ | Mariner Finance, 1403 Watson Blvd, Warner Robins, GA 31093-3435 |
| 15328511 | *+ | Prosper Marketplace In, 221 Main Street, San Francisco, CA 94105-1906 |
| 15328512 | *+ | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |

| | | |
|---|---|---|
| 15328513 | *+ | Regency Finance Co, 270 Tarentum Bridge Rd, New Kensington, PA 15068-4694 |
| 15328514 | *+ | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15328515 | *+ | Syncb/amer Eagle, Po Box 965005, Orlando, FL 32896-5005 |
| 15328516 | *+ | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15328517 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15328518 | *+ | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15328519 | *+ | Syncb/mc, Po Box 965005, Orlando, FL 32896-5005 |
| 15328520 | *+ | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 15328521 | *+ | Syncb/onav, Po Box 965005, Orlando, FL 32896-5005 |
| 15328522 | *+ | Syncb/ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 15328523 | *+ | Syncb/sams, Po Box 965005, Orlando, FL 32896-5005 |
| 15328524 | *+ | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 15328525 | *+ | Syncb/samsdc, Po Box 965005, Orlando, FL 32896-5005 |
| 15328527 | *+ | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 15328528 | *+ | Wells Fargo Hm Mortgag, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 2 Undeliverable, 41 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2021   Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Lawrence W. Willis | on behalf of Debtor Melissa S Bartell ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lisa M. Swope | lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Lisa M. Swope, Chapter 7 Trustee | on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Maria Miksich | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 6